**Order entered July 28, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00846-CV

## IN RE FORUM STUDIO, INC., AND CLAYCO, INC., Relator

**Original Proceeding from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-02018**

## ORDER
Before Chief Justice Wright, Justice Bridges and Justice Stoddart

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **ORDER** relators to bear the costs of this original proceeding.

/s/    ADA BROWN
       JUSTICE